**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-50624**
**Summary Calendar**

_____

**FORREST G. ADAMS; MONIE L. ADAMS,**

**Plaintiffs - Appellants,**

**versus**

**STATE FARM LLOYDS, INC.,**

**Defendant - Appellee.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**Lower Docket Court No. SA-99-CV-844-OG**

_____

May 21, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Forrest and Monie Adams ("Adamses") appeal the district court's grant of summary judgment in favor of State Farm Lloyds, Inc. Having considered appellants' position in light of the briefs and pertinent portions of the record, we agree with the district court that the Adamses failed to provide evidence necessary to create a genuine issue of material fact concerning their claims for breach of contract, breach of duty of good faith and fair dealing,

---

[*] Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.

and statutory violations.  Thus, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**